# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

THE UNITED STATES OF AMERICA, for the
use and benefit of ASPHALT SPECIALISTS,
INC., a Michigan corporation,

      Plaintiff,

v.

PROJECT CONTROL SYSTEMS, INC., a
Michigan corporation, and FEDERAL
INSURANCE COMPANY, an Indiana
corporation,

      Defendants.
_____/

Case No. 2:06-cv-11131

Hon. Victoria A. Roberts

## ORDER OF DISMISSAL

Upon filing of the Stipulation for Order of Dismissal, and the Court being otherwise fully advised in the premises;

IT IS ORDERED that Plaintiff's claims in the instant action against FEDERAL INSURANCE COMPANY, are dismissed with prejudice and without costs;

IT IS FURTHER ORDERED that Plaintiff's claims in the instant action against PROJECT CONTROL SYSTEMS, INC., are dismissed without prejudice and without costs.

                                     _S/Victoria A. Roberts_____
                                     United States District Judge

Dated: